

For Clerk's Office Use

| Judge | Recd Date | Grv. |
|-------|-----------|------|
| J | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Bobby M. Nicholson Jr.

**PRISONER NO.:** #1103289

**PLACE OF CONFINEMENT:** Marion Corr. Treatment Center

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

JUN 15 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

Bobby Maurice Nicholson Jr.
Enter Full Name          Plaintiff

**VS.**

Edward Bookye
Redonion State Prison
P.o. Box 970 Pound, V.A.
Enter Full Name(s)          Defendant(s)

**CIVIL ACTION NO.** 7:17-CV 00273

A.   Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes          ___✓___ No

B.   If your answer to A is Yes, describe the action in the space below.

   1.   Parties to the Action: _____ None _____

   _____

   2.   Court: _____ None _____

   3.   Docket No.: _____

   4.   Judge: _____

   5.   Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.   Have you filed any grievances regarding the facts of your complaint?

Yes ___✓___          No _____

   1.   If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.
   __Rejected__

   2.   If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

## Claim Medical Practice

D.  Statement of Claim - State here briefly the facts of your case.  Describe what action(s) each defendant took in violation of your constitutional rights.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  Use as much space as needed.  You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

Medical mow Practice
I have had a on going bleeding problem and No one knows why, but Dr. Boakye Refused to send me to a outside hostipal to see if it is Kidney Cancer.

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

Chest pains, headaches and body pains

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

Kidney fuller.

E.  State what relief you seek from the Court.  Make no legal arguments, cite no cases or statutes.

$10,000,600 medical Negligence for putting my life in harm way by Refusing me medical assistants from a hostipal Also to be seen by a outside hostipal for a full Examination.

SIGNED THIS ___6___ DAY OF ___June___, 20_17_.

Bobby maurice Nicholson Jr.

_____
(Signature of Each Plaintiff)

**VERIFICATION:**

I, _Bobby maurice Nicholson Jr._, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true.  I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights.  Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury.  I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _6-6-17_  SIGNED: _Bobby m. Nicholson_

Bobby m. Nicholson Jr. #1103209
marion Corr. Treatment Center
110 Wright Street
marion, V.A. # 24354

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 001.40⁰
0001987826   JUN 12 2017
MAILED FROM ZIP CODE 24354



Legal

Clerk, Unite state District Court
210 Franklin Rd S.W. suite 540
Roanoke V.A. # 24011

240118003 C009