Bobby m Nicholson
V
Edward Boakye

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 11 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

C.A.L. No. 7:17-CV-00273

memorandum of Law

on 2-6-17 I show Dr. Boakye for a ongoing
bleeding Problem and chest pain. Dr. Boakye
breached his duty to send me to a outside
to test for cancer or any thing else. The
went from my stool to my nose and
mouth and still No outside medical run.
Then I Started bleeding from my ears
and the pain went from my chest to
my Kidneys and Still no outside medical
run to a hostipal. But Keep on order Lab
test and X Rays on every part of my
body, but where the pain is. Negligently
altering my records to make it look as if nothing
is wrong allow my health to only get worster
over time to the point were it hurt every
day all day. Still to this day as I write
this to you. Now marion Corr. Treatment
Center have to run all new test be
cause of the negligent of Doctor
Boakye and at any time I could die
for a lack of medical arristant from
a outside hostipal. This is what emergen
cy room are for, but instead send me to an
other prison putting a problem that started
at Red onion S.P. OFF on M.C.T.C.

Refusing to send me out for a full body
Examation even When I offer to paid
for it because of another issue that is
in the court. This medical Negligent at
its highness Level