Exhibit 1

VIRGINIA
DEPARTMENT OF CORRECTIONS

Health Services Complaint and Treatment Form 720_F17_7-12

## Health Services Complaint and Treatment Form

Facility: Red Onion State Prison

Offender Name: Nicholson Bobby    Number: 1103289
_Last_         _First_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 03-07-17 | MD3G — MU Visit | |
| Wt 195 | Concerns about bleeding tendencies | |
| P 89 | nostrils / ō B.M / & et lately | |
| R 18 | from ① Ear. | |
| B/P 124/70 | O — Concerned but Not ill-looking | |
| O₂ 98% | Nostrils — WNL | |
| 12⁴⁵ pm | ① Ear — bloody scabs for spot on anterior ear canal. No pain pulling Pinna | |
| | TM — dusky otherwise bit muf | |
| | Labs of 02/23/17 ī reviewed | |
| | PT — 12.6 (INR 1.2)  APTT — 35 | |
| | Hb — 16.7  & Platelets 61 | |
| | A/P — | |
| | — Infant Otitis Externa | |
| | — Worried Sick Patient | |
| | Please organise Stool Guaic +3 | |
| | — Metamucil 0.52gn Caps ī q PM ō | |
| | 8-16 0z of water  † ✗ 90 | |
| | — Cortisporin Ear drops gtt 4 to ① Ear bid † 10 day | |
| 3/8/17 | chart review | |
| | | (signature) |



## Nursing Evaluation Tool: General Sick Call

Facility: Red Onion State Prison

Inmate Name: __Nicholson__ __Bobby__ _____
          Last         First        MI

Inmate Number: __1103289__

Date of Report: __3 / 1 / 2017__    Time Seen: __3:00__ AM/**PM** Circle One
       MM  DD  YYYY

**Complaint** Chief Complaint(s): __"bleeding from ear and blood in stool"__

Onset: __a couple months__

Brief History: __Already taking colace for stool softener__

**Observation:** Vital Signs: (As Indicated) T: 98.4 P: 108 RR: 14 B/P: 112 / 62 99%

Examination Findings: __A+O x3 Ambulated to cell door with steady__
(Continue on back if necessary) __Reporting meds not helping blood in stool__
__and offender "thinks he has kidney cancer"__

**Intervention:** (Referral Status): _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply) __Nature of complaint__
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
    (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): __MD 3-7-17__ MD: __Onsite MD__

Referral Type: ☑ Routine ☐ Emergent (if emergent who was contacted?): _____ Time ____

__Edward [signature] 03/07/17__

12



## VIRGINIA
## DEPARTMENT OF CORRECTIONS

Offender Request 801

## Offender Request

**DIRECTIONS**
1. Fill in your <u>Name, Number, Full Housing Assignment</u>
2. Please <u>Print</u> your request; <u>**KEEP IT BRIEF**</u>
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if address the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CE |
|---|---|---|---|---|
| Nicholson Jr. | Bobby | M. | #1103289 | D5-05 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | 2-23-17 |

TO: ☐ Unit Manager   ☑ Medical   ☐ Personal Property   ☐ Law Library   ☐ Security
☐ Treatment   ☐ Mental Health   ☐ Education   ☐ Enterprise Shop   ☐ Accounting
☐ Chaplain   ☐ Assistant Warden   ☐ Warden   ☐ Other

**CHECK PURPOSE**   ☐ Appointment Request   ☐ Question/Statement

I started bleeding from my ears today and showed the pill call nurse. I am still bleeding from my butt and nose. Need to be put on sick call again to see the Doctor my kidney is still filing I showed nurse Deel on 2-23-17

Thank You

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____   Date: _____

"Scheduled For
Sick Call"

Offender seen ☐ Yes ☐ No

_Deel RN_                                    2/28/17

Official Responding   (25)   Date of Response



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

VB 229

RECEIVED
JAN 3 1 2017
ROSP Warden's Office

Offender Request 801

## Offender Request

FEB 1 1 REC'D

**DIRECTIONS**
1. Fill in your **Name, Number, Full Housing Assignment**
2. Please **Print** your request; **KEEP IT BRIEF**
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CEI |
|---|---|---|---|---|
| Nicholson Jr. | Bobby | M. | #1103289 | D5-11-1 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | |

TO: ☐ Unit Manager   ☐ Medical   ☐ Personal Property   ☐ Law Library   ☐ Security
☐ Treatment   ☐ Mental Health   ☐ Education   ☐ Enterprise Shop   ☐ Accounting
☐ Chaplain   ☐ Assistant Warden   ☑ Warden   ☐ Other

CHECK PURPOSE   ☐ Appointment Request   ☐ Question/Statement

I need to see a Doctor real Bad. I Know I have cancern, but the medical unite is Refusing to see me because of the RFID micro chips inside of my body. I have filled out three request Forms, but still is being refused medical assistants. Please help me.
Thank You

*DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE*

## RESPONSE

Request sent to correct department ☐ Yes ☑ No; Routed to: MEDICAL     Date: 1-31-17

"Scheduled For Sick Call"

Offender seen ☐ Yes ☐ No

**Official Responding**

2/01/17

**Date of Response**

Exhibit 5

## Medical Services Request

✓ Sick Call ____ Dental ____ Eye Doctor ✓ Treatment Line ____ Other _____

Inmate Name _Nicholson_    # _____    Cell _____

Complaint _Chest hurting (epigastric area)_

_____

X _____
**Inmate Signature**

Date _6/30/17_

My Signature attests that I am aware of the provisions of IOP 733, Medical Co-Pay
Policy, and may have my account charged for the treatment received.

---

### Charge Summary

| | |
|---|---|
| Medical or Optometry Visit | $ 5.00 |
| Dental Services (Procedures Performed x $2.00) | $ ____ |
| Prescription Medicines | $ 2.00 |
| Prosthesis (Eyeglasses, Dentures, Shoes, Braces, etc.) | $ ____ |
| Medical Supplies | $ ____ |
| Other | $ ____ |
| Total Charges | $ 7.00 |

Authorized By: _Duce Hopkins_    Date _6/30/17_

white copy - chart        yellow copy - Business Office        pink copy - Inmate

Exhibit 2

## Medical Services Request

✓ Sick Call ___ Dental ___ Eye Doctor ___ Treatment Line ___ Other _____

Inmate Name _Nicholson_____ # _1103289_____ Cell _____

Complaint _blood in stool_____

_Inmate Signature_____

Date _7/2/17_____

My Signature attests that I am aware of the provisions of IOP 733, Medical Co-Pay Policy, and may have my account charged for the treatment received.

### Charge Summary

| | |
|---|---|
| Medical or Optometry Visit | $ 5.00 |
| Dental Services (Procedures Performed x $2.00) | $ |
| Prescription Medicines | $ |
| Prosthesis (Eyeglasses, Dentures, Shoes, Braces, etc.) | $ |
| Medical Supplies | $ |
| Other | $ |
| **Total Charges** | $ |

Authorized By: _____   Date _____

white copy - chart      yellow copy - Business Office      pink copy - Inmate

# MOBILE IMAGES

Phone: 877-887-38
Alt Phone: 423-892-97
FAX: 888-405-06

## PATIENT REPORT

PATIENT NAME:    NICHOLSON, BOBBY
DATE OF BIRTH:   11/15/1984
PATIENT ID:      51366
FACILITY:        RED ONION STATE PRISON
ROOM #:          MEDICAL

DATE OF SERVICE:        04/21/2017
REFERRING PHY.:         BOAKYE, EDWARD
TECHNOLOGIST:           Beth Nichols
INTERPRETING COMPANY:   Premier Radiology
REASON:                 F/U TO PRIOR CXR DONE AT UVA ON 5/16/13 REPORTED TWO SMALL
                        METALLIC OR CALCIFIC DENSITIES NOTES (ONE 2 mm WHICH
                        PROJECTS OVER T8 VERTEBRA AND THE OTHER WHICH IS LINEAR IN
                        ORIENTATION 5mm PROJECTING AT LEFT POSTERIOR 6TH RIB);
                        BLEEDING FROM RECTUM AND KIDNEY PAIN....arrival time 9:45am

Results Document ID:    334013

PROCEDURE:              74010 - ABDOMEN, ANTEROPOSTERIOR AND ADDL OBLIQUE AND
                        CONE VIEWS

FINDINGS:               ABDOMEN SERIES

                        FINDINGS: Comparison with prior report of 2/10/2017.

                        There are moderately increased feces in the colon. The bowel gas pattern is
                        unremarkable. The soft tissues are well visualized.

IMPRESSIONS:            IMPRESSION:

                        Nonobstructive bowel gas pattern. No metallic foreign body is seen.

INTERPRETING DOCTOR:    JEREMY HAVAS DO

ELECTRONICALLY SIGNED : JEREMY HAVAS DO Fri, Apr 21, 2017 15:10:29 EDT

# MOBILE IMAGES

Phone: 877-887-38
Alt Phone: 423-892-97
FAX: 888-405-06

## PATIENT REPORT

| | |
|---|---|
| PATIENT NAME: | NICHOLSON, BOBBY |
| DATE OF BIRTH: | 11/15/1984 |
| PATIENT ID: | 51366 |
| FACILITY: | RED ONION STATE PRISON |
| ROOM #: | MEDICAL |

| | |
|---|---|
| DATE OF SERVICE: | 04/21/2017 |
| REFERRING PHY. : | BOAKYE, EDWARD |
| TECHNOLOGIST: | Beth Nichols |
| INTERPRETING COMPANY: | Premier Radiology |
| REASON: | F/U TO PRIOR CXR DONE AT UVA ON 5/16/13 REPORTED TWO SMALL METALLIC OR CALCIFIC DENSITIES NOTES (ONE 2 mm WHICH PROJECTS OVER T8 VERTEBRA AND THE OTHER WHICH IS LINEAR IN ORIENTATION 5mm PROJECTING AT LEFT POSTERIOR 6TH RIB); BLEEDING FROM RECTUM AND KIDNEY PAIN....arrival time 9:45am |

| | |
|---|---|
| Results Document ID: | 334030 |

| | |
|---|---|
| PROCEDURE: | 71100 - LEFT RIBS, UNILAT, 2 VIEWS |
| FINDINGS : | See Impressions |
| IMPRESSIONS: | Examination: Left rib series |

Indication: Follow-up.

Comparison study: June 16, 2016.

Findings:

The visualized ribs demonstrate no evidence of fracture or dislocation. No underlying pneumothorax demonstrated. No overlying subcutaneous emphysema noted. No CHF or focal infiltrate identified in the chest.

Impression:

1. Normal rib series.

If the symptoms persist, followup radiographs can be obtained in 10-14 days as some early rib fractures are radiographically occult.

2. No acute cardiopulmonary findings.

| | |
|---|---|
| INTERPRETING DOCTOR: | WALTER UYESUGI DO |
| ELECTRONICALLY SIGNED : | WALTER UYESUGI DO Fri, Apr 21, 2017 16:05:54 EDT |

Exhibit 8.

VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866_F3_4-17

JUN 19 2017
MCTC
GRIEVANCE DEPARTMENT

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Nicholson Jr. | #1103289 | 2B-73-1 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| | |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [x] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

On 6-7-17 Nurse Olinger came to my cell door and told me to stop worry about my health and stop reporting my systems to the Red team. If I am still bleeding last time 6-10-17 or having headaches or body pain I am going to Report it. If there is nothing wrong send me to a outside hostipal for a full exam to prove me wrong or wait until this court order come from the judge for whatever you all are tying to cover up can be uncover. But I will not stop.

Offender Signature *Bobby M. Nicholson*   Date 6-18-17

### Offenders - Do Not Write Below This Line

Date Received: 6-19-17

Response Due: 6-27-17

Tracking # MCTC-17-INF-00274

Assigned to: Medical

Action Taken/Response:

Mr. Nicholson your complaint has been addressed by medical + mental health staff today 6-21-17. Previous visits on 5-25-17 / 6-6-17.

RECEIVED
JUN 22 2017
MCTC
GRIEVANCE DEPARTMENT
6-21-17

C Hall RNC _____ C Hall RNC _____
Respondent Signature                Printed Name and Title                Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ Date: _____

Staff Witness Signature: _____ Date: _____

*Revision Date: 4/28/17*