Sommons

Bobby maurice Nicholson

        V                    Civil Action No. 7:17-CV-00273

Edward Boakye

You are hereby smmoned and required to serve upon plaintiff whose address is marion Corr. Treatment Center 110 wright St. marion, V.A. #24354 an answer to the Complaint which is herewith served upon you, within 20 days after service of this som mons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgement by dafault will be taken against you for the relief demanded in the Complaint.

Clerk of the court

Date